# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-329-MOC-DCK

| | |
|---|---|
| UN4 PRODUCTIONS, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| DOES 1-12, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Compel" (Document No. 14) filed January 12, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

Defendant Doe 5 has failed to file a response, and the time to do so has lapsed. Moreover, Defendant Doe 5 failed to file a reply brief in support of his "Letter Of Objection" (Document No. 8) as ordered by the Court. <u>See</u> (Document No. 13).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Compel" (Document No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that Charter Communications, Inc. shall provide the true name, permanent address, current address, telephone number, email address, and Media Access Control ("MAC") address of the Doe Defendant 5 identified in Exhibit B to the Complaint (Document No. 1). Plaintiff may only use the information disclosed in response to a Rule 45 subpoena served on an ISP for the purpose of protecting and enforcing Plaintiff's rights as set forth in its Complaint (Document No. 1).

**SO ORDERED**.

Signed: January 29, 2018

David C. Keesler
United States Magistrate Judge